MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

-against-

NOTICE OF MOTION
Ind. No. 20 Cr 373 (LAK)

NZELO OKAFOR
         Defendant.
------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law as well as the exhibits appended hereto, the undersigned will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, at a time to be designated by the Court, for an order (1) suppressing: (a) any and all identification testimony from an identification procedure conducted on June 25, 2020; (b) all fruits of that tainted evidence recovered on June 29, 2020 from Mr. Okafor's person; and (c) United States Currency and personal property recovered by law enforcement from a BMW on June 29, 2020. In the alternative, granting a hearing on this matter, pursuant to Rules 12 and 41 of the Federal Rules of Criminal Procedure, and granting such other and further relief as this Court deems just and proper.

                                                   Xavier R. Donaldson
                                                   Attorney for Nzelo Okafor
                                                   1825 Park Avenue, Suite 1102
                                                   New York, NY 10035
                                                   212-722-4900

TO:   United States Attorney
        Southern District of New York
        500 Pearl Street
        New York, New York 10007
        Attn: Jacob Fiddelman, Esq.
        Assistant United States Attorney

*[Handwritten endorsement:]* Motion denied substantially for reasons given by government to which no timely reply has been filed.

SO ORDERED

*/s/ Lewis A. Kaplan*
LEWIS A. KAPLAN, USDJ
12/9/2020