UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

NZELO OKAFOR,

Defendant.

**ORDER**

20 Cr. 373 (LAK)

WHEREAS, on March 15, 2021, with defendant NZELO OKAFOR's consent, his guilty plea allocution was made before a United States Magistrate Judge;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for June 23, 2021 at 11:00 AM.

Dated: New York, New York
March 24, 2021

THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE