| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x | Copy mailed by 1st class mail:<br>Nzelo Okafor Reg.#15683-112<br>FCI Jesup, 2680 301 South<br>Jesup, GA 31599     AM |

United States of America,

    v.

20-CR-373-02 (LAK)

Nzelo Okafor (2),

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Today's CJA duty attorney, Ms. Elizabeth E. Macedonio, is appointed to represent the defendant for the purpose of filing a compassionate release application.

SO ORDERED.

Dated:      December 13, 2022

                                                                                                  Lewis A. Kaplan<br>
                                                                     United States District Judge