

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 6, 2023

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Nzelo Okafor*, 20 Cr. 373 (LAK)

Dear Judge Kaplan:

The Government is in receipt of defendant Nzelo Okafor's motion for compassionate release pursuant to 18 U.S.C. § 3582(c), filed on August 31, 2023. In order to obtain and review the defendant's medical records and other relevant materials from the Bureau of Prisons, the Government respectfully requests 60 days to respond to the motion. The defendant, by counsel Cory Garcia, Esq., consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc:   Cory Garcia, Esq.

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ