DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

NZELO OKAFOR,

*Defendant.*

---

**ORDER**

20 Cr. 373 (LAK)

Upon the application of the United States, by and through Assistant United States Attorney Jacob R. Fiddelman, it is the finding of this Court that the defendant's interest in maintaining the privacy of his complete medical records outweighs the public right of access in this case, *see Lugosch v. Pyramid Co. of Onandaga*, 435 F.3d 110 (2d Cir. 2006); accordingly, it is hereby

ORDERED that Exhibits A and B to the Government's November 3, 2023 letter in opposition to defendant Nzelo Okafor's motion for a reduction in sentence (Dkt. 50) shall be filed under seal.

SO ORDERED.

Dated: New York, New York
    November 6, 2023

HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE