

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
UNITED STATES OF AMERICA,

                                                      20-CR-373 (LAK)

        v.

NZELO OKAFOR,

                Defendant.

------------------------------ x

# ORDER

LEWIS A. KAPLAN, *District Judge.*

        On December 20, 2023 the Clerks Office docketed defendant's unsigned MOTION FOR RETROACTIVE APPLICATION OF AMENDMENTS 821 & 814 TO THE USA SENTENCING GUIDELINE PURSUANT TO TITLE 18 USC § 3582(C)(2). In order for the Court to consider the motion, which appears as Docket Item 54, the defendant must sign his pro se motion and certify that he has served a copy of the motion on the U.S. Attorney's Office. A copy of Docket Item 54 is being returned to the defendant for that purpose.

        SO ORDERED.

Dated:      January 2, 2024

                                                        Hon. Lewis A. Kaplan
                                                      United States District Judge